OPINION OF THE COURT
 

 Memorandum.
 

 Order affirmed. On the record here, the trial court did not abuse its discretion in denying defendant’s application, made at the commencement of the trial, for disclosure of the identities of the two informers
 
 (People v Pena,
 
 37 NY2d 642; see, also,
 
 People v Lee,
 
 39 NY2d 388;
 
 People v Colon,
 
 39 NY2d 872;
 
 People v Goggins,
 
 34 NY2d 163, cert den 419 US 1012).
 

 Chief Judge Breitel and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Cooke concur.
 

 Order affirmed in a memorandum.